No. 417, Misc. CUBBLER v. NEW JERSEY. Supreme Court of New Jersey. Certiorari denied.

No. 419, Misc. BINDRIN v. ILLINOIS. Supreme Court of Illinois. Certiorari denied.

No. 426, Misc. BLUE v. RAGEN, WARDEN. Criminal Court of Cook County, Illinois. Certiorari denied.

No. 435, Misc. DUNLEVY v. ROBINSON, WARDEN. Circuit Court of Sangamon County, Illinois. Certiorari denied.

No. 450, Misc. WILD v. BURFORD, WARDEN. District Court of the County of McCurtain, Oklahoma. Certiorari denied.

No. 396, Misc. BRIDGES v. NORTH CAROLINA. Supreme Court of North Carolina. Certiorari denied. MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted. *J. C. B. Ehringhaus, Jr.* for petitioner. *Harry McMullan,* Attorney General of North Carolina, and *T. W. Bruton,* Assistant Attorney General, for respondent.

*Rehearing Denied.*

No. 359. HIATT, WARDEN, v. BROWN, *ante,* p. 103;

No. 525. CLEMENT v. WOODS, HOUSING EXPEDITER, *ante,* p. 911;

No. 543. JIFFY LUBRICATOR CO. v. ALEMITE COMPANY, *ante,* p. 912;

No. 545. CARPENTER v. ERIE RAILROAD Co., *ante,* p. 912; and

No. 351, Misc. EX PARTE NEWSTEAD, *ante,* p. 909. The petitions for rehearing in these cases are severally denied. MR. JUSTICE DOUGLAS took no part in the consideration or decision of these applications.